MELANIE HUNTLEY, Respondent, *v.* GEORGE V. FLURI, Appellant.

*Huntley* v. *Fluri*, 122 App. Div. 890, affirmed.
(Argued December 1, 1909; decided December 17, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 9, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover money alleged to have been loaned.

*Julius M. Mayer* for appellant.

*Robert E. L. Lewis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.